IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK LYON,

        Plaintiff,                    No. 2:11-cv-2586 EFB P

    vs.

S. THACKER,

        Defendant.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. On May 7, 2012, the court dismissed plaintiff's complaint without leave to amend and on May 7, 2012, judgment was entered. Dckt. Nos. 5, 6. On June 29, 2012, plaintiff filed a notice of appeal, which is dated June 11, 2012. Dckt. No. 8. It also includes a notation that plaintiff was not notified of the court's decision until June 7, 2012. *Id.*; *see also* Dckt. No. 9.

        Construed as a request to reopen the time to file an appeal, plaintiff's request is granted. *See* Fed. R. App. P. 4(a)(6). Pursuant to the October 18, 2012 Order from the Court of Appeals, plaintiff need not file a new notice of appeal. Dckt. No. 12.

////

////

1

1  The Clerk of the Court is directed to serve a copy of this order on the U.S. Court of Appeals for
2  the Ninth Circuit, in reference to Case No. 12-17143.
3      So ordered.
4  Dated: October 18, 2012.

5      EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE